UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAMELA JOHNSTON,

        Plaintiff,

v.

ELECTRUM PARTNERS, LLC; and LESLIE BOCSKOR,

        Defendants.

Case No.: 1:17-cv-07823 (KPF)

------------------------------------------------------------X

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 21, 2018 (ECF No. 34), the parties file the below Joint Status Report.

1. On February 15, 2019, the parties in *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - REF no. 1260004622, stipulated to extended the discovery deadlines and arbitration hearing date.

2. On February 20, 2019, the arbitrator issued Scheduling Order No. 2 and established the following deadlines:

    a. Expert disclosures due by May 1, 2019.

    b. Rebuttal expert disclosures due by May 15, 2019.

    c. Discovery closes on June 17, 2019.

    d. Dispositive motions are due by July 15, 2019.

    e. Responses to dispositive motions are due by July 31, 2019.

    f. Replies in support of dispositive motions are due by August 14, 2019.

    g. The arbitration hearing will be held from September 30, 2019 to October 4, 2019.

DATED this 18th day of March, 2019.

| | |
|---|---|
| */s/ John T. Brennan*_____ | */s/ Joshua A. Sliker*_____ |
| John T. Brennan | Joshua A. Sliker |
| The Law Offices of John T. Brenan | Jackson Lewis P.C. |
| 141 East 4th Street, No. 1-A | 3800 Howard Hughes Pkwy. |
| Brooklyn, NY 11218 | Ste. 600 |
| Telephone: (347) 785-3005 | Las Vegas, NV 89169 |
| lawoffjtb@gmail.com | Telephone: (702) 921-2460 |
| | Facsimile: (702) 921-2461 |
| *Attorney for Plaintiff* | joshua.sliker@jacksonlewis.com |
| | |
| | John A. Snyder |
| | Jackson Lewis P.C. |
| | 666 Third Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 545-4000 |
| | Facsimile: (212) 972-3213 |
| | john.snyder@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |