UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAMELA JOHNSTON,

        Plaintiff,

v.

ELECTRUM PARTNERS, LLC; and LESLIE BOCSKOR,

        Defendants.

Case No.: 1:17-cv-07823 (KPF)

------------------------------------------------------------X

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 21, 2018 (ECF No. 34), the parties file the below Joint Status Report.

1. Pamela Johnston died on March 29, 2019.

2. On April 1, 2019, the parties stipulated to stay the arbitration proceedings (*Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.,* JAMS Ref No. 1260004622, Las Vegas, Nevada) until April 30, 2019 to allow probate proceedings to commence in the Surrogate's Court of the State of New York, New York County.

3. On May 8, 2019, the Arbitrator held a telephonic conference regarding the status of the case and probate proceedings, and extended the stay indefinitely until such time that an executor for Ms. Johnston's estate is appointed.

4. On May 21, 2019, the Surrogate's Court of the State of New York, New York County, issued letters testamentary and appointed Russell Maitland as the Executor of Ms. Johnston's estate.

5.  The parties are scheduled to attend a telephonic conference with the Arbitrator on June 20, 2019 to discuss the status of the case and the stay, and likely set new discovery and scheduling deadlines.

DATED this 18th day of June, 2019.

*/s/ John T. Brennan*_____
John T. Brennan
The Law Offices of John T. Brenan
141 East 4th Street, No. 1-A
Brooklyn, NY 11218
Telephone: (347) 785-3005
lawoffjtb@gmail.com

*Attorney for Plaintiff*

*/s/ Joshua A. Sliker*_____
Joshua A. Sliker
Jackson Lewis P.C.
300 S. Fourth Street
Ste. 900
Las Vegas, NV 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
joshua.sliker@jacksonlewis.com

John A. Snyder
Jackson Lewis P.C.
666 Third Avenue
New York, NY10017
Telephone: (212) 545-4000
Facsimile: (212) 972-3213
john.snyder@jacksonlewis.com

*Attorneys for Defendants*

4835-8520-8218, v. 1