UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PAMELA JOHNSTON,

        Plaintiff,

v.

ELECTRUM PARTNERS, LLC; and LESLIE BOCSKOR,

        Defendants.

---------------------------------------------------------------X

Case No.: 1:17-cv-07823 (KPF)

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 21, 2018 (ECF No. 34), the parties file the below Joint Status Report.

1. Since the last Joint Status Report of September 11, 2019, the parties have taken a number of depositions.

2. On November 11, 2019, the parties stipulated to stay discovery in the arbitration proceedings until January 10, 2020 to explore whether settlement is possible.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. The parties anticipate that the arbitration hearing will take place sometime in April 2020.

DATED this 9th day of December, 2019.

| | |
|---|---|
| */s/ John T. Brennan* | */s/ Joshua A. Sliker* |
| John T. Brennan | Joshua A. Sliker |
| The Law Offices of John T. Brenan | Jackson Lewis P.C. |
| 141 East 4th Street, No. 1-A | 300 S. Fourth Street |
| Brooklyn, NY 11218 | Ste. 900 |
| Telephone: (347) 785-3005 | Las Vegas, NV 89101 |
| lawoffjtb@gmail.com | Telephone: (702) 921-2460 |
| | Facsimile: (702) 921-2461 |
| *Attorney for Plaintiff* | joshua.sliker@jacksonlewis.com |
| | |
| | John A. Snyder |
| | Jackson Lewis P.C. |
| | 666 Third Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 545-4000 |
| | Facsimile: (212) 972-3213 |
| | john.snyder@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |

4822-5889-1950, v. 1