UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PAMELA JOHNSTON,

        Plaintiff,

v.

ELECTRUM PARTNERS, LLC; and LESLIE BOCSKOR,

        Defendants.

---------------------------------------------------------------X

Case No.: 1:17-cv-07823 (KPF)

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 21, 2018 (ECF No. 34), the parties file the below Joint Status Report.

1.    On March 3, 2020, the Arbitrator, Hon. Lawrence Leavitt (Ret.), entered the Fourth Amended Scheduling Order which set the close of discovery for September 11, 2020, and scheduled the arbitration hearing to commence on February 8, 2021 and end on February 11, 2021.

2.    On March 6, 2020, the Arbitrator granted Jackson Lewis P.C.'s Motion to Withdraw as counsel for Electrum Partners, LLC and Leslie Bocskor, and staying the case for thirty (30) days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.  Jackson Lewis P.C. will soon be filing a Motion to Withdraw with this Court.

DATED this 9th day of March, 2020.

| | |
|---|---|
| */s/ John T. Brennan*_____ | */s/ Joshua A. Sliker*_____ |
| John T. Brennan | Joshua A. Sliker |
| The Law Offices of John T. Brenan | Jackson Lewis P.C. |
| 141 East 4th Street, No. 1-A | 300 S. Fourth Street |
| Brooklyn, NY 11218 | Ste. 900 |
| Telephone: (347) 785-3005 | Las Vegas, NV 89101 |
| lawoffjtb@gmail.com | Telephone: (702) 921-2460 |
| | Facsimile: (702) 921-2461 |
| *Attorney for Plaintiff* | joshua.sliker@jacksonlewis.com |
| | |
| | John A. Snyder |
| | Jackson Lewis P.C. |
| | 666 Third Avenue |
| | New York, NY10017 |
| | Telephone: (212) 545-4000 |
| | Facsimile: (212) 972-3213 |
| | john.snyder@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |

4817-8246-4695, v. 1