**jackson|lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel 702 921-2460
Fax 702 921-2461
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SILICON VALLEY, CA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | PROVIDENCE, RI | |

**MEMO ENDORSED**

MY DIRECT DIAL IS: (702) 921-2486
MY EMAIL ADDRESS IS: Joshua.Sliker@jacksonlewis.com

*through an affiliation with Jackson Lewis P.C., a Law Corporation

May 21, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Johnston v. Electrum Partners, LLC et al.</u>
              <u>Case No. 1:17-cv-7823 (KPF)</u>

Dear Judge Failla:

      We represent Defendants Electrum Partners, LLC ("Electrum") and Leslie Bocskor ("Bocskor") in the above-referenced matter. We write to request permission to redact certain information contained within Jackson Lewis P.C.'s ("Jackson Lewis" or the "Firm") Motion to Withdraw as counsel of record for Defendants and accompanying Declaration of Joshua A. Sliker, and submit an unredacted copy of the Motion and Declaration for review *in camera*.

      Counsel is bound by the attorney-client privilege and the duty of confidentiality set forth in Rule 1.6 of the New York Rules of Professional Conduct. Specifically, Rule 1.6(a) states that "confidential information" includes information gained during or relating to the representation of a client that is "(b) likely to be embarrassing or detrimental to the client if disclosed." Redaction of certain portions of the motion and declaration is necessary because they contain sensitive and confidential information regarding the reasons that Jackson Lewis seeks to withdraw as counsel of record. Given that the underlying arbitration proceedings remain ongoing, the redacted information in the motion and declaration is likely to be embarrassing and detrimental to Defendants, and may operate to prejudice Defendants.

Hon. Katherine Polk Failla<br>
May 21, 2020<br>
Page 2

Based on the foregoing, Jackson Lewis requests that the Court grant this letter motion as follows:

1. Jackson Lewis shall file a redacted version of its motion to withdraw and declaration in accordance with Rule 9(B) of Your Honor's Individual Rules, and shall serve the same on Defendants and all other counsel.

2. Jackson Lewis shall provide an unredacted version of its motion to withdraw and declaration to the Court for *in camera* review in accordance with Rule 9(B) of the Your Honor's Individual Rules.

Very truly yours,<br><br>
JACKSON LEWIS P.C.<br><br><br>
Joshua A. Sliker<br>
John A. Snyder

cc:   John T. Brennan, Esq. (via ECF)

4821-6162-0412, v. 1

---

```
Application GRANTED.  The Clerk of Court is directed to maintain
Dkt. #49 and 50 with viewing privileged granted only to Joshua Alan
Sliker, counsel for defendants, and the Court.  Docket #47 and 48
shall remain on the docket in redacted form.

Dated: May 26, 2020                SO ORDERED.
       New York, New York


                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```