UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ELECTRUM PARTNERS, LLC, and<br>LESLIE BOCKSOR,<br><br>                              Defendants. | 17 Civ. 7823 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 22, 2020, Jackson Lewis P.C. filed a motion seeking permission to withdraw as counsel for Defendants Electrum Partners, LLC, and Leslie Bocksor. (Dkt. #46). Counsel from Jackson Lewis P.C. filed a request to file a redacted version of its motion to withdraw and declaration on the public docket, and to provide an unredacted version of its motion to withdraw and declaration to the Court for in camera review. (Dkt. #45). The Court granted that order and has reviewed the in camera submission. For the reasons explained in such submission, along with the fact that the arbitrator granted Jackson Lewis P.C.'s motion to withdraw as counsel in the underlying arbitration proceedings on March 6, 2020, the motion to withdraw as counsel of record for Defendants in this matter is GRANTED.

The Clerk of Court is directed to terminate Jackson Lewis P.C. as counsel of record in this matter. Attorneys Joshua Alan Sliker and John A. Snyder, II are hereby ORDERED to transmit a copy of this order to Defendants. Defendants shall have new counsel enter a notice of appearance on the record on or before **June 30, 2020**. If Defendant Bocksor plans to proceed in this case *pro se*, he should notify the Court on or before that date.

SO ORDERED.

Dated: May 26, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge