UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA JOHNSTON,

Plaintiff,

-v.-

ELECTRUM PARTNERS, LLC, and
LESLIE BOCKSOR,

Defendants.

17 Civ. 7823 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 21, 2018, the Court issued an Opinion and Order granting Defendants' motion for a stay of this case pending arbitration. (Dkt. #28). The Court ordered the parties to provide joint status updates every 90 days from the date of the Opinion regarding any ensuing arbitration. (*Id.*). The parties then submitted several updates from the parties regarding the arbitration. (*See* Dkt. #38-44). In the most recent update, dated March 9, 2020, the parties notified the Court that the arbitrator had entered a fourth amended scheduling order which set the close of discovery for September 11, 2020, and scheduled the arbitration hearing to commence on February 8, 2020. (Dkt. #44). It also notified the Court that, on March 6, 2020, the arbitrator granted defense counsel Jackson Lewis P.C.'s motion to withdraw as counsel for Defendants and staying the case for 30 days. (*Id.*).

On May 26, 2020, the Court granted defense counsel Jackson Lewis P.C.'s motion to be terminated as counsel of record in this matter. (Dkt. #52). The Court ordered Defendants to have a new counsel file a notice of

appearance on the record by June 30, 2020.  (*Id.*).  The Court also ordered Defendant Bocksor to notify the Court by June 30, 2020 if he plans to proceed *pro se*.  (*Id.*).  The Court has heard from Defendant Bocksor and new counsel has not appeared on the record in this case.

The parties had a joint status update due to the Court in early June 2020.  The Court did not receive such update.  Accordingly, Plaintiffs are hereby ORDERED to update the Court, on or before **July 13, 2020,** on the status of the arbitration proceedings.

SO ORDERED.

Dated:   July 6, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge