

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>     Plaintiff,<br><br>              v.<br><br>ELECTRUM PARTNERS, LLC and LESLIE BOCSKOR,<br><br>     Defendants. | Case No. 1:17-cv-07823 (KPF) |

**STATUS REPORT**

        Pursuant to the order of this court, dated July 14, 2020, Plaintiff hereby submits this status report on the arbitration between the parties, before JAMS in Las Vegas, Nevada, a case styled *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - JAMS Ref No. 1260004622.

        1.     On July 29, 2020, the arbitrator conducted a telephonic status conference in which Claimant Leslie Bocskor appeared on his own behalf and on behalf of Electrum Partners, LLC, and Respondents were represented by John T. Brennan, Esq. and Christopher J. Richardson, Esq.  Also on the call were Mr. Bocskor's associate and Electrum investor, Gordon Katz, and attorney James McCallion, Esq., of the firm Carpenter Zuckerman & Rowley.

        2.     Mr. Bocskor reported that he has provided certain written materials to Mr. McCallion for his review in order that Mr. McCallion and his firm may determine whether they will undertake representation of Claimants in this case.  Mr. McCallion indicated that the document review will likely be completed in less than a month.

        3.     Accordingly, a follow-up telephonic status conference

was scheduled for Thursday, August 20, 2020, at 11:00 a.m (PDT).  In the event Mr. McCallion agrees to represent Mr. Bocskor and Electrum Partners, LLC, the status hearing on August 20, 2020 will be in the nature of a case management conference concerning scheduling issues, including the setting of a date for the commencement of the arbitration hearing.

Dated: Brooklyn, New York
       August 11, 2020

                                LAW OFFICES OF JOHN T. BRENNAN

                                */s/ John T. Brennan*

                                _____
                                John T. Brennan
                                151 East 4th Street
                                Brooklyn, New York 11218
                                (347) 785-3005

                                *Counsel for Plaintiff*

```
The Court is in receipt of the above-status update from Plaintiff.
Plaintiff is hereby ORDERED to provide a further status update to
the Court on or before August 28, 2020.
```

```
Dated: August 11, 2020         SO ORDERED.
       New York, New York
```

                                      */s/ Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE