MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>        Plaintiff,<br><br>            v.<br><br>ELECTRUM PARTNERS, LLC and LESLIE BOCSKOR,<br><br>        Defendants. | Case No. 1:17-cv-07823 (KPF) |

**STATUS REPORT**

Plaintiff hereby submits this status report regarding the arbitration between the parties, before JAMS in Las Vegas, Nevada, a case styled *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - JAMS Ref No. 1260004622.

1.      On September 4, 2020, the undersigned called into what was to be a telephonic status conference chaired by Lawrence Levitt, the JAMS arbitrator.  Christopher J. Richardson also called in for the Respondents.  Claimant Leslie Bocskor, on his own behalf and on behalf of Claimant Electrum Partners, LLC called in for Respondents as did Mr. Bocskor's associate, Gordon Katz and an independent lawyer, Nathan Soowal, Esq.

2.      The conference did not go forward because the arbitrator did not call in, due to an inadvertent oversight in his scheduling.

3.      An email sent out by the arbitrator in the afternoon of September 4, 2020, offered the parties three alternative dates for the status conference, September 10, 11 or 14, 2020.

4. Claimants in the arbitration have yet to advise of their availability, so a date has yet to be set.

5. I respectfully suggest that the Court order the submission of another status report on September 21, 2020, *i.e.*, one week after the latest date offered by the arbitrator.

Dated: Brooklyn, New York
September 7, 2020

LAW OFFICES OF JOHN T. BRENNAN

[signature]

John T. Brennan
151 East 4th Street
Brooklyn, New York 11218
(347) 785-3005

*Counsel for Plaintiff*

```
The Court is in receipt of the above status report. Plaintiff is
hereby ORDERED to provide a further status update to the Court on or
before September 21, 2020.
```

```
Dated: September 8, 2020          SO ORDERED.
       New York, New York
```

[signature]

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE