**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>     Plaintiff,<br><br>               v.<br><br>ELECTRUM PARTNERS, LLC and LESLIE BOCSKOR,<br><br>     Defendants. | Case No. 1:17-cv-07823 (KPF) |

**STATUS REPORT**

Plaintiff hereby submits this status report regarding the arbitration between the parties, before JAMS in Las Vegas, Nevada, a case styled *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - JAMS Ref No. 1260004622.

1. On November 6, 2020, the undersigned called into a telephonic status conference chaired by David T. Wall, the JAMS arbitrator. Christopher J. Richardson also called in for the Respondents. Nathan Soowal appeared for Electrum Partners LLC and Leslie Bocskor.

2. Per the parties' agreement, the arbitrator set April 28, 2021 as the date for the close of discovery and August 2-6, 2021 as the dates for the arbitration hearing, with various interim dates for expert reports and dispositive motions.

3. On September 28, 2020, JAMS informed the parties that Lawrence Levitt would be withdrawing as the arbitrator and that JAMS would be in touch regarding the appointment of another arbitrator.

5. I respectfully suggest that the Court order the submission of another status report when discovery closes on April 28, 2021.

Dated: Brooklyn, New York
      January 5, 2021

                                     LAW OFFICES OF JOHN T. BRENNAN

*/s/ John T. Brennan*

_____
John T. Brennan
151 East 4th Street
Brooklyn, New York 11218
(347) 785-3005

*Counsel for Plaintiff*

```
The Court is in receipt of the above status update from Plaintiff.
Plaintiff is ORDERED to provide a further status update to the
Court on or before May 5, 2021.


Dated:  January 5, 2021          SO ORDERED.
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2