UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>ELECTRUM PARTNERS, LLC, and<br>LESLIE BOCKSOR,<br><br>                    Defendants. | 17 Civ. 7823 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In an endorsement dated January 5, 2021, the Court ordered Plaintiff to provide a further status update to the Court on or before May 5, 2021. (Dkt. #59). To date, no such status update has been filed. Plaintiff is admonished to be more mindful of the Court's orders and is directed to file the required status update on or before **June 4, 2021**.

SO ORDERED.

Dated:  May 25, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge