

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>    Plaintiff,<br><br>            v.<br><br>ELECTRUM PARTNERS, LLC and LESLIE BOCSKOR,<br><br>    Defendants. | Case No. 1:17-cv-07823 (KPF) |

## STATUS REPORT

Plaintiff hereby submits this status report regarding the arbitration between the parties, before JAMS in Las Vegas, Nevada, a case styled *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - JAMS Ref No. 1260004622.

1. On May 20, 2021, the undersigned called into a telephonic status conference chaired by the JAMS arbitrator. Christopher J. Richardson also called in for the Respondents. Nathan Soowal appeared for Electrum Partners LLC and Leslie Bocskor.

2. The arbitrator extended the date for the close of discovery to August 13, 2021 and set November 8-12, 2021 as the dates for the arbitration hearing, with various interim dates for expert reports and dispositive motions.

3. I respectfully suggest that the Court order the submission of another status report when discovery closes on August 13, 2021.

Dated: Brooklyn, New York
       June 8, 2021

                              LAW OFFICES OF JOHN T. BRENNAN

*/s/ John T. Brennan*
_____
John T. Brennan
151 East 4th Street
Brooklyn, New York 11218
(347) 785-3005

*Counsel for Plaintiff*

```
The Court is in receipt of the above status update from Plaintiff.
Plaintiff is ORDERED to file another status update on or before
August 18, 2021.
```

                                                SO ORDERED.

Dated: June 8, 2021
       New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE