UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA JOHNSTON,

                Plaintiff,

      -v.-

ELECTRUM PARTNERS, LLC, and
LESLIE BOCSKOR,

                Defendants.

17 Civ. 7823 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In an endorsement dated August 30, 2021, the Court ordered Plaintiff to provide a further status update to the Court on or before November 19, 2021. (Dkt. #62). To date, no such status update has been filed. This is not the first time Plaintiff has failed to follow this Court's orders. On July 6, 2020, the Court noted that it had not received an update that was due a month earlier. (Dkt. #53). Similarly, on May 25, 2021, the Court observed that Plaintiff had again failed to provide an ordered status update and admonished Plaintiff to be more mindful of the Court's orders. (Dkt. #60). Plaintiff is warned that her continued failure to comply with the Court's orders will not be tolerated. The Court directs Plaintiff to file a status update on or before **January 5, 2022**.

    SO ORDERED.

Dated:  December 29, 2021
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge