UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>                          Plaintiff,<br><br>            -v.-<br><br>ELECTRUM PARTNERS, LLC, and<br>LESLIE BOCSKOR,<br><br>                          Defendants. | 17 Civ. 7823 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 29, 2021, the Court noted that Plaintiff Pamela Johnston had failed to provide a status update that was due on November 19, 2021, and ordered her to file a status update on or before January 5, 2022. (Dkt. #63). The Court also observed that Plaintiff had failed on two prior occasions to comply with the Court's orders, and warned her that her failure to comply with future orders would not be tolerated. (*Id.*). To date, Plaintiff has not filed a status update in accordance with the Court's December 29, 2021 Order.

After weighing whether to dismiss the case for failure to comply with Court orders under Federal Rule of Civil Procedure 41(b), the Court finds that the appropriate course of action is to provide Plaintiff with a final opportunity to provide a status update. If Plaintiff fails to provide such an update, the Court will dismiss the case with prejudice. Accordingly, Plaintiff is hereby ORDERED to provide a status update on or before **January 31, 2022**.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge