**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA JOHNSTON,<br><br>    Plaintiff,<br><br>        v.<br><br>ELECTRUM PARTNERS, LLC and LESLIE BOCSKOR,<br><br>    Defendants. | Case No. 1:17-cv-07823 (KPF) |

## STATUS REPORT

Plaintiff hereby submits this status report regarding the arbitration between the parties, before JAMS in Las Vegas, Nevada, a case styled *Electrum Partners LLC, et al. vs. Cloud 12 Group Inc., et al.* - JAMS Ref No. 1260004622.

1. Due to illness, counsel for Electrum Partners LLC in the JAMS arbitration had to withdraw. Electrum Partners LLC obtained new counsel.

2. The arbitration has been rescheduled for August 16-17, 2022 in Las Vegas, Nevada.

Dated: Brooklyn, New York
       May 31, 2022

                                    LAW OFFICES OF JOHN T. BRENNAN

                                    */s/ John T. Brennan*
                                    _____
                                    John T. Brennan
                                    151 East 4th Street
                                    Brooklyn, New York 11218
                                    (347) 785-3005

*Counsel for Plaintiff*

The Court is in receipt of Plaintiff's above status update.  Plaintiff is hereby ORDERED to provide a further status update on or before **October 1, 2022.**  Plaintiff is reminded that failure to comply with the Court's orders will result in the dismissal of this case.  (*See* Dkt. #65).

Dated:   May 31, 2022
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE